IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY SANTILLI, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>CLASSEN IMMUNOTHERAPIES, INC., )<br>)<br>Respondent. ) | Misc. Action No. 05-217-UNA<br><br>(Case No. 1:04cv03521(WDQ),<br>currently pending in the United States<br>District Court for the District of<br>Maryland, Baltimore Division) |

**MOVANT'S WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER
QUASHING CLASSEN IMMUNOTHERAPIES, INC.'S
<u>SUBPOENA DIRECTED TO NANCY SANTILLI</u>**

WHEREAS, Classen Immunotherapies, Inc. ("Classen"), plaintiff in *Classen Immunotherapies Inc. v. King Pharmaceuticals, Inc.*, No. 1:04cv03521-WDQ (D. Md), which currently is pending in the United States District Court for the District of Maryland, Baltimore Division (the "Maryland Court"), has served a District of Delaware subpoena upon non-party Nancy Santilli ("Ms. Santilli");

WHEREAS, Ms. Santilli filed a motion for protective order in this Court (D.I. 1) (the "Motion for Protective Order"), seeking to quash Classen's subpoena; and

WHEREAS, the Maryland Court now has ruled on the issues underlying Ms. Santilli's Motion for Protective Order, thereby mooting the need for further proceedings in this Court; now therefore,

MOVANT HEREBY RESPECTFULLY WITHDRAWS her Motion for Protective Order, without prejudice to her right to file a new motion in the event that further relief becomes necessary.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | */s/ Steven J. Balick* |
|  | _____ |
|  | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
|  | 222 Delaware Avenue, 17th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
|  | 302-654-1888 |
|  | sbalick@ashby-geddes.com |
|  | jday@ashby-geddes.com |
| *Of Counsel:* | *Attorneys for Movant, Nancy Santilli* |

*Of Counsel:*

James B. Monroe
Geoffrey C. Mason
Paul W. Browning
Antigone G. Kriss
Kakoli Caprihan
Justin J. Hasford
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
202-408-4000 (telephone)
202-408-4400 (facsimile)
james.monroe@finnegan.com
geoff.mason@finnegan.com
paul.browning@finnegan.com
antigone.kriss@finnegan.com
kakoli.caprihan@finnegan.com
justin.hasford@finnegan.com

Dated: November 28, 2005
163916.1